IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROBERT JOE STRANGE,                    )
                                       )
              Plaintiff,               )
                                       )
v.                                     )        Case No. CIV-17-230-D
                                       )
DR. JEFFREY TROUTT, *et al.*,          )
                                       )
              Defendants.              )


# O R D E R

Before the Court is the Report and Recommendation issued by United States

Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636(b)(1)(B)-(C).   Judge Erwin

recommends a dismissal without prejudice of this action based on Plaintiff's failure to pay

the initial partial filing fee of $6.83, as required by 28 U.S.C. § 1915(b)(1) and the Order

Granting Leave to Proceed *In Forma Pauperis*.  Judge Erwin further recommends that

Plaintiff's pending motions be denied as moot.

Plaintiff has neither filed a timely objection to the Report nor requested additional

time to object.[1]   Upon consideration, the Court finds that Plaintiff has waived further

review of the issues addressed in the Report.   *See Moore v. United States*, 950 F.2d 656,

659 (10th Cir. 1991); *see also United States v. 2121 East 30th St.*, 73 F.3d 1057, 1060 (10th

Cir. 1996).

_____

[1] After the deadline for an objection, Plaintiff filed several papers, only one of which
arguably concerns fee payment.   The purpose of this filing, a "Declaration in Support of Motion
to Proceed In Forma Pauperis" [Doc. No. 20], is unclear.   It does not address the initial partial
payment that was due by April 26, 2017.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 18] is ADOPTED in its entirety. This action is DISMISSED without prejudice to refiling. A separate judgment of dismissal shall be entered.

IT IS FURTHER ORDERED that all pending motions [Doc. Nos. 7, 8, 9, 11 & 12] are DENIED.

IT IS SO ORDERED this 7th day of June, 2017.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE